UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:09CR239-RJC

| UNITES STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **CONSENT ORDER AND** |
| | ) | **JUDGMENT OF FORFEITURE** |
| v. | ) | |
| | ) | |
| ALLEN WAYNE POSTON, | ) | |
| | ) | |
| Defendant. | ) | |

BASED UPON the Defendant's plea of guilty, and finding that the following property is subject to forfeiture as set forth in the statutes identified below, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 981, 21 U.S.C. § 853, and/or 28 U.S.C. § 2461(c):

Any and all currency and monetary instruments that were received during the crimes alleged in the Bill of Information, namely, the sum of $1,036,789 in proceeds.

2. A forfeiture money judgment in the amount of $1,036,789 shall be included in the sentence of the Defendant.

3. Pursuant to Fed. R. Crim. P. 32.2(c)(1), this Order shall constitute a final money judgment and no ancillary proceeding or further final order of forfeiture will be necessary.

The parties stipulate and agree that the aforementioned assets constitute property derived from or traceable to proceeds of Defendant's crime(s) herein and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing,

and incorporation of the forfeiture in the judgment against Defendant.

EDWARD R. RYAN
UNITED STATES ATTORNEY

_____
BENJAMIN BAIN-CREED
Special Assistant United States Attorney

_____
ALLEN WAYNE POSTON
Defendant

_____
JOHN J. CACHERIS, ESQ.
Attorney for the Defendant

Signed this the 7th day of January, 2010.

_____
UNITED STATES JUDGE

2